- **SUMMONS LANE13.pdf**
- **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

**Result:**

# United States District Court Southern District of New York

Ricky Mott, Plaintiff,

v.    Judge Analisa Torres, Mr. Matias Gallego, RGN New York XXX LLC, Park House Plaza LLC, Park House Construction Management LLC, Deeandra Hardy, Mr. Thomas James

Schell, Judge Sean H. Lane, Defendants.

Case No.: TO BE ASSIGNED

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Introduction

1.    Plaintiff Ricky Mott brings this action seeking declaratory and injunctive relief against Defendants for their alleged misconduct,

bias, cruel and unusual punishment, bribery, and conspiracy to violate Plaintiff's constitutional rights, including due process. Plaintiff also challenges the alleged unconstitutional and illegal bar order issued against him [1].

---

[1]

1. This is a civil action brought by Plaintiff Ricky Mott against, pg. 1, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

Defendants for alleged misconduct, bias, cruel and unusual punishment, bribery, and conspiracy to violate Plaintiff's constitutional rights, including due process. Plaintiff also challenges the alleged unconstitutional and illegal bar order issued against him., pg. 2, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

## Parties

2.    Plaintiff Ricky Mott is an individual residing at 104 West 40 St., New York, NY 10018 [2].

3.    Defendant Judge Analisa Torres is a United States District Judge for the Southern District of New York, who presided over Plaintiff's case, In

---

[2]

2.    Plaintiff Ricky Mott is an individual residing at 104 West 40 St., New York, NY 10018 1., pg. 2, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

# Re: Ricky Mott, 1:25CV-01349 [3].

4.    Defendant Mr. Matias Gallego is an individual whose actions are implicated in the alleged misconduct against Plaintiff [4].

---

[3]

3.    Defendant Judge Analisa Torres is a United States District Judge for the Southern District of New York, who, pg. 2, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

1 104 West 40 St., pg. 1, hijo de puta schell order to dismissed.pdf New York, NY 10018, pg. 1, hijo de puta schell order to dismissed.pdf, pg. 2, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

presided over Plaintiff's case, In Re: Ricky Mott, 1:25CV-01349. 2, pg. 3, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

[4]

4.    Defendant Mr. Matias Gallego is an individual whose actions are implicated in the alleged misconduct against Plaintiff., pg. 3, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

5.    Defendant RGN New York XXX LLC is a limited liability company involved in the proceedings against Plaintiff [5].

6.    Defendant Park House Plaza LLC is a limited liability company involved in the alleged conspiracy against Plaintiff [6].

---

[5]

    5.    Defendant RGN New York XXX LLC is a limited liability company involved in the proceedings against Plaintiff. 3, pg. 3, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

[6]

7. Defendant Park House Construction Management LLC is a limited liability company involved in the alleged conspiracy against Plaintiff . [7]

8. Defendant Deeandra Hardy is an individual

---

6. Defendant Park House Plaza LLC is a limited liability company involved in the alleged conspiracy against Plaintiff., pg. 3, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

[7]

7. Defendant Park House, pg. 3, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

Construction Management LLC is a limited liability company involved, pg. 3, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

2 Judge Analisa Torres, pg. 1, hijo de puta schell order to dismissed.pdf, pg. 3, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

3 RGN-New York XXX, LLC, pg. 1, hijo de puta schell order to dismissed.pdf, pg. 3, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

in the alleged conspiracy against Plaintiff., pg. 4, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

involved in the alleged conspiracy against Plaintiff. [8]

9.    Defendant Mr. Thomas James Schell is an attorney representing RGN New York XXX LLC and is alleged to have participated in the misconduct against Plaintiff. [9]

---

[8]

8.    Defendant Deeandra Hardy is an individual involved in the alleged conspiracy against Plaintiff., pg. 4, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

[9]

9.    Defendant Mr. Thomas James Schell is an attorney representing RGN New York XXX LLC and is alleged to have participated in the misconduct against

10.  Defendant Judge Sean H. Lane is a United States Bankruptcy Judge for the Southern District of New York, who issued orders in the underlying bankruptcy case. [10]

## Jurisdiction and Venue

11.  This Court has jurisdiction over this action pursuant to 28

---

Plaintiff. 4, pg. 4, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

[10]

10.  Defendant Judge Sean H. Lane is a United States Bankruptcy Judge for the Southern District of New York, who issued orders in the underlying bankruptcy case. 5, pg. 4, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

U.S.C. § 1331, as it arises under the Constitution and laws of the United States. [11]

12. Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this district. [12]

---

11. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, as it arises under the Constitution and laws of the United States., pg. 5, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

# Factual Background

13. On February 14, 2025, Plaintiff filed a Notice of Appeal from the Bankruptcy Court to the Southern District of New York, challenging an order issued by Judge Sean H. Lane. [13]

---

12. Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this district., pg. 5, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

13.

13. On February 14, 2025, Plaintiff filed a Notice of Appeal from the Bankruptcy Court to the Southern District of New York, challenging an order issued by Judge Sean H. Lane. 6, pg. 5, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

14. Plaintiff alleges that during the proceedings, Judge Analisa Torres demonstrated bias and engaged in misconduct by denying Plaintiff's motions and dismissing his appeal without due consideration. [14]

15. Plaintiff further alleges that Mr. Matias Gallego, RGN New York XXX LLC,

---

[14]

14. Plaintiff alleges that during the proceedings, Judge Analisa Torres demonstrated bias and engaged in misconduct by denying Plaintiff's motions and dismissing his appeal without due consideration. 7, pg. 6, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

and their legal representatives, including Mr. Thomas James Schell, conspired to influence the court's decisions through bribery and other unlawful means. [15]

16. Plaintiff contends that the actions of Defendants resulted in cruel and unusual

---

[15]

15. Plaintiff further alleges that Mr. Matias Gallego, RGN New York XXX LLC, and their legal representatives, including Mr. Thomas James Schell, conspired to influence the court's decisions through bribery and other unlawful means. &, pg. 6, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

punishment, violating his constitutional rights, including due process. [16]

17. Plaintiff also challenges the bar order issued against him as unconstitutional and illegal, asserting that it was part of the Defendants' conspiracy

---

[16]

16. Plaintiff contends that the actions of Defendants resulted in cruel and unusual punishment, violating his constitutional rights, including due process., pg. 7, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

to deprive him of his rights. [17]

## Claims for Relief

## Count I: Violation of Due Process Rights

18. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein [18].

---

[17]

17. Plaintiff also challenges the bar order issued against him as unconstitutional and illegal, asserting that it was part of the Defendants' conspiracy to deprive him of his rights., pg. 7, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

[18]

18. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein., pg. 8, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

19. Defendants, acting under color of law, deprived Plaintiff of his due process rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution . [19]

---

[19]

19. Defendants, acting under color of law, deprived Plaintiff of his due process rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution., pg. 8, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

# Count II: Conspiracy to Violate Constitutional Rights

20. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein. [20]

21. Defendants conspired to violate Plaintiff's constitutional rights by engaging in misconduct, bias, and bribery, resulting in the denial of

---

[20]

20.  Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein., pg. 8, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

fair judicial proceedings. [21]

## Count III: Cruel and Unusual Punishment

22. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein. [22]

23. Defendants' actions constituted cruel and

---

[21]

21. Defendants conspired to violate Plaintiff's constitutional rights by engaging in misconduct, bias, and bribery, resulting in the denial of fair judicial proceedings., pg. 8, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

[22]

22. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein., pg. 9, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

unusual punishment in violation of the Eighth Amendment to the United States Constitution. [23]

## Count IV: Unconstitutional Bar Order

24. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein. [24]

---

[23]

23. Defendants' actions constituted cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution., pg. 9, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

[24]

24. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein., pg. 9, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

25. The bar order issued against Plaintiff was unconstitutional and illegal, further violating his rights. [25]

## Prayer for Relief

WHEREFORE, Plaintiff Ricky Mott respectfully requests that this Court:

---

[25]

25. The bar order issued against Plaintiff was unconstitutional and illegal, further violating his rights., pg. 9, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

A. Declare that Defendants' actions violated Plaintiff's constitutional rights [26];

B. Issue an injunction preventing further enforcement of the unconstitutional bar order [27];

C. Award Plaintiff compensatory and punitive

---

[26] WHEREFORE, Plaintiff Ricky Mott respectfully requests that this Court: A. Declare that Defendants' actions violated Plaintiff's constitutional rights;, pg. 10, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

[27] B. Issue an injunction preventing further enforcement of the unconstitutional bar order;, pg. 10, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

damages in the amount of $500,000,000 [28];

D. Assign a new impartial and compassionate U.S. District Judge to intervene urgently;

E. Award Plaintiff his costs and reasonable attorney's fees [29]; and

F. Grant such other and further relief as the Court deems just and proper.

---

[28] C. Award Plaintiff compensatory and punitive damages in an amount to be determined at trial;, pg. 10, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

[29] D. Award Plaintiff his costs and reasonable attorney's fees; and E. Grant such other and further relief as the Court deems just and proper. Dated: April 13, 2025, pg. 10, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

Dated: April 13, 2025

Respectfully submitted,
Ricky Mott
SS//RICKY MOTT
RICKY MOTT
104 West 40 St.
New York, NY 10018
Plaintiff [30]

---

[30] Respectfully submitted, Ricky Mott, pg. 10, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**

SS//RICKY MOTT RICKY MOTT 104 West 40 St. New York, NY 10018 Plaintiff, pg. 11, **COMPLAIN ANALISA TORRES BRUTS ANND CREUEL JUDGE 13.pdf**