UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKY MOTT,

                Plaintiff,

-against-

JUDGE ANALISA TORRES, et al.,

                Defendants.

25-CV-3182 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action asserting claims arising from his recent bankruptcy appeal. *See In re Mott*, No. 25-CV-1349 (AT) (S.D.N.Y. Mar. 25, 2025). For the reason set forth below, the Court dismisses this complaint without prejudice.

    Plaintiff recently submitted to this court a substantially similar complaint against the same Defendants. That case is presently pending under docket number ECF 1:25-CV-3160. As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number ECF 1:25-CV-3160.[1]

## CONCLUSION

    Plaintiff's complaint is dismissed without prejudice as duplicative of ECF 1:25-CV-3160.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] In this complaint, Plaintiff refers to District Judge Torres as "cruel" and a brute, and in his complaint under docket number 25-CV-3160, he repeatedly refers to counsel using an epithet in Spanish. Plaintiff is put on notice that such verbal attacks are inappropriate.

The Clerk of Court is directed to enter judgment in this matter.

Dated: April 17, 2025
New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                             Chief United States District Judge