UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY MOTT,<br><br>                    Plaintiff,<br><br>       -against-<br><br>JUDGE ANALISA TORRES, ET AL.,<br><br>                    Defendants. | 25cv3182 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 17, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   April 18, 2025
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                         Chief United States District Judge